UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PRECOR INC., et al., | )<br>)<br>) |
| Plaintiff(s), | )<br>) C07-855RSM<br>) MINUTE ORDER |
| vs. | )<br>)<br>) |
| DIAMONDBACK FITNESS INC., | )<br>)<br>) |
| Defendant(s). | )<br>)<br>) |

The following Minute Order is made by direction of the Clerk of Court, Bruce Rifkin:

Pursuant to the Amended General Order entered by the Chief Judge on November 3, 2004 regarding consent to proceed before the Magistrate Judge, this action has been reassigned to the **Honorable Ricardo S. Martinez**, United States District Court Judge. All future documents filed in this case must bear the cause number **C07-855RSM** and bear the Judge's name in the upper right hand corner of the document.

Dated this __16th__ day of __July__, 2007.
Bruce Rifkin, Clerk of Court

By *Judith A. Thomas*
Judith A. Thomas, Deputy Clerk